# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>LAGUNA HW, LLC d/b/a 14 WEST LAGUNA BEACH HOTEL, a Delaware limited liability company; and DOES 1 to 10, inclusive.<br><br>　　　　　　　　　　*Defendant*. | Case No. 2:22-cv-01102-TLN-KJN<br><br>**ORDER ON STIPULATION TO TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>Honorable Troy L. Nunley<br>　　Robert T. Matsui United States Courthouse<br>　　501 I Street<br>　　Courtroom 2, 15th floor<br>　　Sacramento, CA  95814 |

Presently before the Court is the stipulation of the parties, by their counsel, to transfer the action to the Central District of California.

GOOD CAUSE HAVING BEEN SHOWN

The case is TRANSFERRED to the Central District of California;

The Clerk of this Court is directed to close the case once that transfer has been effectuated.

**IT IS SO ORDERED**

Dated:  August 30, 2022

_____
Troy L. Nunley
United States District Judge